**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

| | |
|---|---|
| Appellate case name: | Jay H. Cohen, Individually and as Trustee of the JHC Trust I and II  v. Sandcastle Homes, Inc. |
| | . . . |
| | Jay H. Cohen, Individually and as Trustee of the JHC Trust I and II  v. NewBiss Property, L.P. |
| Appellate case number: | 01-13-00267-CV & 01-13-00233-CV |
| Trial court case number: | 2010-20973A & 2010-20973A |
| Trial court: | 234th District Court of Harris County |
| Date motion filed: | April 27, 2015 |
| Party filing motion: | Appellant |

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: _____/s/  Sherry Radack_____
                     ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Chief Justice Sherry Radack and Justices Massengale and Huddle; Justice Massengale would grant appellant's motion for rehearing

Date: September 24, 2015